IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CRIMINAL NO. 1:12-CR-9 |
| : | |
| **v.** : | **(Chief Judge Conner)** |
| : | |
| **JAMAEL STUBBS** : | |

## **ORDER**

AND NOW, this 18th day of April, 2016, upon consideration of the government's motion (Doc. 311) filed April 15, 2016, wherein the government requests that the court stay all proceedings related to the pendent motion (Doc. 309) of defendant Jamael Stubbs ("Stubbs") for leave to file a counseled, supplemental motion to correct sentence pursuant to 28 U.S.C. § 2255 seeking relief based on Johnson v. United States, 576 U.S. __ (2015), until the Supreme Court of the United States decides whether Johnson is retroactively applicable to cases on collateral review, and further upon consideration of the Supreme Court's decision in Welch v. United States, 578 U.S. __ (2016), rendered on today's date, wherein the Court held that Johnson "announced a substantive rule that has retroactive effect in cases on collateral review," id., it is hereby ORDERED that the government's motion (Doc. 311) is DENIED as moot and the government shall file a response to the court's show cause order (Doc. 310) on or before **Friday, April 29, 2016**, showing cause why Stubbs should not be allowed to file a supplemental petition and present his Johnson arguments to the court.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania