IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:12-CR-9** |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **JAMAEL STUBBS,** | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 10th day of February, 2017, upon consideration of the motions (Docs. 299, 315) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 by defendant Jamael Stubbs ("Stubbs"), and for the reasons set forth in the court's accompanying memorandum, it is hereby ORDERED that:

1. Stubbs' motions (Docs. 299, 315) to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 are DENIED.

2. A certificate of appealability is DENIED.  See RULE 11(A), RULES GOVERNING SECTION 2255 CASES.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania