# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL ACTION NO. 1:12-CR-9 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **JAMAEL STUBBS,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 16th day of October, 2019, upon consideration of the motion (Docs. 351, 360) for either a Rule 15 amendment or Rule 60 relief by Jamael Stubbs, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Defendant's motion (Doc. 351) to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 is DISMISSED without prejudice to his right to petition the United States Court of Appeals for the Third Circuit for permission to file a second or successive motion under § 2255. See 28 U.S.C. § 2255 Rule 4(b), 9.

2. The court finds no basis to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); 28 U.S.C. § 2255 Rule 11(a).

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania