IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:12-CR-9 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **JAMAEL STUBBS (4),** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 15th day of July, 2020, upon consideration of defendant Jamael Stubbs' motion (Doc. 402) for compassionate release and reduction of sentence under 18 U.S.C. § 3582(c)(1)(A)(i), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that Stubbs' motion (Doc. 402) is DENIED without prejudice.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania